M. Howard Greene, Appellee, v. Erwin Gold,
Appellant.

Gen. No. 47,480. 

First District, Third Division.
December 3, 1958.
Released for publication December 29, 1958.

Meyers & Matthias (Donald L. Thompson, of counsel) for appellant; Block, Greene, Karras, & Kowal (Harold P. Block, Angelo W. Karras, of counsel) for plaintiff-appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.